UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ZELLA A. POWELL,

    Plaintiff,

v.                                                      CASE NO: 8:04-cv-832-T-23MAP

MORTON PLANT MEASE
HEALTH CARE, INC.,

    Defendant.
_____/

**ORDER**

    United States Magistrate Judge Mark A. Pizzo submits a report (Doc. 33) recommending denial of both the plaintiff's and the defendant's motions (Docs. 22 and 24) for summary judgment. The defendant objects (Doc. 39) to the Magistrate Judge's report and recommendation, and the plaintiff responds to the defendant's objections (Doc. 48).

    The complaint asserts that the defendant violated the Fair Labor Standards Act ("FLSA") by failing to pay the plaintiff overtime compensation. The parties each move (Docs. 22 and 24) for summary judgment on the issue of whether the plaintiff qualified as a "bona fide executive, administrative, or professional" employee exempt from the overtime provision of the FLSA. 29 U.S.C. § 213(a)(1). Magistrate Judge Pizzo recommends denial of both summary judgment motions because disputed issues of material fact exist.

The defendant's objections to the report and recommendation fail to establish an error in the Magistrate Judge's assessment of the facts or application of law.  The defendant's objections (Doc. 39) are **OVERRULED** and the Magistrate Judge's recommendation (Doc. 33) is **ADOPTED**.  Accordingly, the plaintiff's motion (Doc. 22) for partial summary judgment and the defendant's motion (Doc. 24) for summary judgment are **DENIED**.

ORDERED in Tampa, Florida, on May 18, 2005.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc: US Magistrate Judge
Courtroom Deputy