UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ZELLA A. POWELL,

    Plaintiff,

v.                              Case No. 8:04-cv-832-T-23MAP

MORTON PLANT MEASE HEALTH
CARE, INC.,

    Defendant.
_____/

## VERDICT

(Special Interrogatory)

Has Morton Plant Mease Health Care, Inc., established by a preponderance of the evidence that Zella Powell was exempt under the "executive exemption" from the Fair Labor Standards Act?

    ✓    No

    ___    Yes

SO SAY WE ALL.

                                                /s/ [signature]
                                                Foreperson

Dated: 7/20/05