UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ZELLA POWELL,

    Plaintiff,

v.                                                  CASE NO: 8:04-cv-832-T-23MAP

MORTON PLANT MEASE HEALTH ,

    Defendant.

_____/

**ORDER**

On July 20, 2005, the jury answered an interrogatory both dispositive of this action and favorable to the plaintiff. The plaintiff moved with the defendant's consent for entry of judgment consequent upon the verdict. The parties stipulate (Doc. 61) that the jury's verdict, applied in conjunction with the pertinent statutes, yields for the plaintiff an award of $5500.00 in actual damages plus $5500.00 in liquidated damages, plus interests, costs, and a reasonable attorney's fee. Accordingly, pursuant to the verdict and the stipulation of the parties, the Clerk shall enter judgment in favor of the plaintiff and against the defendant in the amount of $11,000.00, plus interest, costs, and fees. The parties are directed to confer promptly in a good faith effort to determine the amount of the attorney's fee to which the plaintiff is entitled. If the parties fail to agree, the plaintiff may move for a reasonable attorney's fee in accord with the applicable

rules.  The Clerk is directed to (1) terminate any pending motion and (2) close the case.

ORDERED in Tampa, Florida, on July 25, 2005.

                                                    STEVEN D. MERRYDAY
                                              UNITED STATES DISTRICT JUDGE

cc:    US Magistrate Judge
        Courtroom Deputy