UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ZELLA A. POWELL,

    Plaintiff,

v.                                                       Case No. 8:04-cv-832-T-23MAP

MORTON PLANT MEASE HEALTH
CARE, INC.,

    Defendant.
_____/

## **ORDER**

Morton Plant Mease Health Care, Inc., renews the motion for judgment as a matter of law and moves for a new trial. Zella A. Powell opposes both motions.

In this action, the plaintiff established *prima facie* entitlement to overtime pay and shifted the burden to the defendant to establish an exemption. Forbearing to present evidence, the defendant promptly rested, relying exclusively on evidence adduced during the plaintiff's brief case-in-chief, and the jury returned a verdict finding that the defendant failed to meet the applicable legal burden. Because the jury remains free to selectively credit and weigh both testimony and other evidence and because the defendant bears the burden of proof in the circumstances of this case, the court cannot determine that the jury wrongly found that the defendant failed in establishing the pertinent exemption.

After careful consideration of the motions, the supporting memorandum, and other matters of record, the motions (Docs. 90 and 91) are **DENIED**

ORDERED in Tampa, Florida, on October 13, 2005.

/s/ Steven D. Merryday
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE