UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ZELLA A. POWELL,

    Plaintiff,

v.                                          CASE NO: 8:04-cv-832-T-23MAP

MORTON PLANT MEASE
HEALTH CARE, INC.,

    Defendant.
_____/

## **ORDER**

United States Magistrate Judge Mark A. Pizzo submits a report (Doc. 110) recommending that the Court grant in part the plaintiff's motion (Doc. 88) for attorney's fees and costs. The defendant objects (Doc. 111) to the Magistrate Judge's recommendation and argues that the hourly rate charged by lead counsel should be reduced. The defendant's objection fails to establish an error in the Magistrate Judge's determination of an appropriate hourly rate. The defendant's objection (Doc. 111) is **OVERRULED** and the Magistrate Judge's recommendation (Doc. 110) is **ADOPTED**. Accordingly, the plaintiff's motion (Doc. 88) for attorney's fees and costs is **GRANTED IN PART**. The plaintiff is awarded $100,794.00 in attorney's fees and $7,903.05 in costs. The Clerk is directed to enter judgment in favor of the plaintiff in the amount of $100,794.00 in attorney's fees and $7,903.05 in costs.

Pursuant to Rule 62(d), Federal Rules of Civil Procedure, the defendant moves (Doc. 113) without opposition for a stay of the judgment pending the defendant's appeal. The defendant's supersedeas (Doc. 115) in the amount of $140,000.00 is **APPROVED**. Accordingly, the motion (Doc. 113) is **GRANTED** and the judgment is **STAYED** pending the defendant's appeal.

ORDERED in Tampa, Florida, on January 3, 2006.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc: US Magistrate Judge
Courtroom Deputy